IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3128 |
| v. | ) | |
| | ) | |
| COREY W. SCHNEIDER and | ) | |
| MARK R. SCHNEIDER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1.  Defendant Mark R. Schneider is found competent to stand trial.

2.  Trial, as to both defendants, is set to commence at 9:00 a.m. on August 8, 2005 before Hon. Richard G. Kopf.  Jury selection will be held at commencement of trial.  Trial is scheduled for a duration of four trial days.

3.  The memorandum accompanying this order shall be filed under seal.

DATED this 29th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge