IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3128-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| COREY W. SCHNEIDER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has requested that I consider amending his conditions of pretrial release pending self surrender. The pretrial services officer has investigated the defendant's proposal and recommends against it. I agree with her analysis. Therefore,

IT IS ORDERED that the court declines to amend the conditions of pretrial release pending self surrender. A copy of this memorandum and order shall be provided to United States Pretrial Services Officer Mindy Bare.

December 13, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge