```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| COREY W. SCHNEIDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to amend conditions of pretrial release pending self surrender, filing 85, is granted in part and the pretrial services officer shall investigate the defendant's proposal for release and make a report to the court and counsel as soon as practicable.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge