IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3128 |
| v. | ) | |
| | ) | |
| COREY W. SCHNEIDER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to amend conditions of release, filing 85, is granted and the defendant is permitted to reside with his father pending self-surrender, upon the father's signing the customary agreement and its filing in this court.

The clerk is directed to remove the motion, filing number 85, from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge