# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:04CR3128 |
| vs. | |
| COREY W. SCHNEIDER, | MEMORANDUM AND ORDER |
| Defendant. | |

After de novo review of the Appeal of Magistrate's Order of Detention (Filing 300, Filing 301), I deny the Appeal. In short, I agree with Magistrate Judge Zwart that Mr. Schneider is not a good candidate to return to the Stephens Center in Omaha, Nebraska, for the reasons that he has already "flunked out" from treatment there.

IT IS ORDERED that the Appeal (Filing 301) is denied.

Dated this 6th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge